WILLIAM WILLIAMS *vs.* INHABITANTS OF PLYMOUTH.

An enlisted soldier can maintain no action against a town to recover bounty money, under a vote of the town appropriating a certain monthly sum during a certain time to each citizen who should enlist for the war, " to be paid in such manner and to such persons as the selectmen shall deem expedient."

CONTRACT brought by an inhabitant of Plymouth to recover bounty money voted by that town to enlisted soldiers.

It was agreed in the superior court that at a town meeting held on the 11th of May 1861, the town passed the following votes : " Voted, that the sum not exceeding fifteen hundred dollars is hereby appropriated for clothing and equipping such volunteers for three years or more service as are citizens of this town. Voted, that six dollars per month to each citizen of this town having a family, and four dollars per month to each citizen of the town who is single or unmarried, excepting commissioned officers, who shall enlist in the service of the United States for the war shall be and the same is hereby appropriated by the town as extra compensation for the term of actual service during one year from the first day of May current, to be paid in such manner and to such persons as the selectmen shall deem expedient." These votes were passed under an article in the warrant for the meeting, " To take action relative to equipment of

volunteers and provision for their families, as the town may determine, and appropriate such sums of money as may be necessary to carry the same into effect." On the 18th of May the plaintiff enlisted for three years, and was duly mustered in, and served for nearly three years and until his discharge. When he enlisted he had a wife, and a child was afterwards born to him. The selectmen made various payments to his wife, from time to time.

Upon these facts judgment was rendered for the defendants; and the plaintiff appealed to this court.

No counsel appeared for the plaintiff.

*C. G. Davis*, for the defendants.

GRAY, J. The votes of the town of Plymouth of May 11th 1861, (assuming them to have been within the scope of the warrant from the selectmen, and confirmed by subsequent act of the legislature,) gave the plaintiff no right of action against the town. He enlisted for three years only, and it may well be doubted whether he can claim the extra compensation appropriated by the second vote of the town (upon which alone he relies) to those of its citizens who should " enlist in the service of the United States for the war." The difference in the language of the two votes tends to show that the distinction was in the minds of the voters. But the conclusive answer to this action is that the sum appropriated for extra compensation was " to be paid in such manner and to such persons as the selectmen shall deem expedient." Under this vote, the selectmen might pay the sum to any other person for the benefit of the soldier or his family, as well as to himself.

*Judgment for the defendants.*